No. 671, Misc. WOODARD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 693, Misc. ANDERSEN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Eugene X. Murphy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1016. RUDIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Louis M. Hopping* and *William G. Comb* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *William J. Schafer, III,* for the United States.

No. 819, Misc. DAY v. McELROY, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harry E. Wood* and *Guy Emery* for petitioner.

No. 806, Misc. EPHRAIM v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 713, Misc. MURPHY v. LOUISIANA ET AL. Supreme Court of Louisiana. Certiorari denied.